**LAW OFFICES OF CARLIN & BUCHSBAUM, LLP**
GARY R. CARLIN, CSBN: 44945
gary@carlinbuchsbaum.com
BRENT S. BUCHSBAUM, CSBN: 194816
brent@carlinbuchsbaum.com
RONALD L. ZAMBRANO, CSBN: 255613
ronald@carlinbuchsbaum.com
555 East Ocean Blvd., Suite 818
Long Beach, California 90802
Telephone: (562)432-8933
Facsimile: (562)435-1656

JS - 6

Attorneys for SANDRA SEARS, Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SEARS,<br><br>          Plaintiff;<br><br>     vs.<br><br>HYATT CORPORATION, a Delaware corporation; BRIJESH CARNEIRO, an individual; and DOES 1 through 250, inclusive;<br><br>          Defendants. | CASE NO.   SACV 09-0249-AG(RCx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br><br>Complaint Filed:   January 26, 2009 |

GOOD CAUSE APPEARING AND ON ORDER OF THE COURT, THE ABOVE MATTER, IN IT'S ENTIRETY, IS DISMISSED WITH PREJUDICE.

Dated:   December 18, 2009      _____
                                 Presiding Judge
                                 The Honorable Andrew J. Guilford